1  JAMES E. HARPER
   Nevada Bar No. 9822
2  SABRINA G. WIBICKI
   Nevada Bar No. 10669
3  **HARPER | SELIM**
   1935 Village Center Circle
4  Las Vegas, Nevada 89134
   Phone: (702) 948-9240
5  Fax:    (702) 778-6600
   Email: eservice@harperselim.com
6  *Attorneys for Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS DORN, individually, | CASE NO.:  2:21-cv-00159-RFB-EJY |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES I through X, inclusive, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the Plaintiff, DENNIS DORN, by and through his counsel of record, BOYACK LAW GROUP, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their own costs and attorney
/ / /

fees.

DATED this 26th day of March 2021.

**BOYACK LAW GROUP**

*/s/ Bryan A. Boyack*

BRYAN A. BOYACK
Nevada Bar No. 9980
1707 Village Center Circle, Suite 100
Las Vegas, NV 89134
Phone: (702) 744-7474
Fax: (702) 623-4746
*Attorneys for Plaintiff*

DATED this 29th day of March 2021.

**HARPER | SELIM**

*/s/ James E. Harper*

JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
1935 Village Center Circle
Las Vegas, NV 89130
Phone: (702) 948-9240
Fax:    (702) 778-6600
*Attorneys for Defendant*

**ORDER**

Based on the parties' stipulation **(ECF No. 11 )** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, conferences, and deadlines are VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 30, 2021